UNION BANK OF LOUISIANA *v.* JAMES BROWN and another.

Notice of protest to the endorser of a promissory note, when sent by mail, must be directed to the post office nearest to his residence, where it is not shown that he was in the habit of receiving his letters from another office, or he will be discharged.

THIS was an action before the District Court of Rapides, *Boyce,* J., by the holder against Brown, the payee, and John A. Texada, endorser of a promissory note. No citation appears to have been served on Brown. It was proved on the trial that the post office at Cotile was twelve, and that at Alexandria fifteen miles from the residence of Texada.

MARTIN, J. The defendant, Texada, is appellant from a judgment against him as endorser, and prays the reversal of the judgment on the ground of the absence of evidence of legal notice. The letter inclosing the notice was directed to him at Alexandria, which is not the post office nearest to his place of residence; there being another post office at Cotile, in the same parish, shown to be nearer to his residence. An attempt has been made to show that the appellant was in the habit of receiving his letters and papers at the Alexandria post office, at the time the notice of the protest was sent to him; but this attempt has been unsuccessful.

It is therefore ordered that the judgment of the district court be reversed, and that ours be for the defendant, with costs in both courts.

*H. Taylor,* for the plaintiff.

*Brant* and *O. N. Ogden,* for the appellant.